UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
Safani Gallery, Inc., :
            Plaintiff, : Case No. 19-cv-10507
    -against- :
The Italian Republic, :
           Defendant. :
 :
 :
 :
------------------------------X

## NOTICE OF WITHDRAWAL OF ATTORNEY

To: Hon. Judge Broderick, the clerk of court, and all parties of record

**PLEASE TAKE NOTICE** that Polina Ivko hereby respectfully withdraws as an attorney of record in the above-referenced matter on behalf of Defendant, the Republic of Italy. Ms. Ivko withdraws from the matter because she is no longer Of Counsel at Amineddoleh & Associates LLC. Ms. Leila Amineddoleh, Lead Counsel on the matter, continues to represent the Defendant and she remains on the docket.

Date: September 3, 2021
     New York, New York

                                               Respectfully Submitted,
                                               Polina Ivko

                                               /s/Polina Ivko
                                               Bar Number: 5619747
                                               *polina@ivkoesq.com*
                                               Ivko LLC
                                               424 West 33rd Street
                                               Floors 7-9
                                               New York, NY 10001
                                               (t): 332-203-3347