UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SAFANI GALLERY, INC.,                                       :
:
                     Plaintiff,                :
:    19-CV-10507 (VSB)
       - against -                                    :
:    **ORDER**
THE ITALIAN REPUBLIC,                                       :
:
                     Defendant.                :
:
------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 9/10/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

       In light of the notice of withdrawal filed on September 3, 2021, (Doc. 52), the Clerk of Court is respectfully directed to remove the name of attorney Polina Ivko from the docket.

SO ORDERED.

Dated: September 10, 2021
       New York, New York                           Vernon S. Broderick
                                                        United States District Judge