**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SAFANI GALLERY, INC.,

                          Plaintiff,

-against-                                        19 **CIVIL** 10507 (VSB)

                                                        **JUDGMENT**

ITALIAN REPUBLIC; MINISTERO DEI
BENE E DELLE ATTIVITA CULTURALIA
E DEL TURISMO a/k/a MINISTRY OF
CULTURAL HERITAGE AND ACTIVITIES
AND TOURISM; ALVIN BRAGG, JR., NEW
YORK COUNTY DISTRICT ATTORNEY,

                        Defendants.

 HEAD OF ALEXANDER,

                        *In Rem*
                        Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 28, 2025, considering Italy's memorandum at Document 53 as a motion to dismiss on FSIA grounds, the motion is GRANTED, and Defendants Italy and MiBACT are DISMISSED from this action. Accordingly, Count IV is also DISMISSED. IT IS FURTHER ORDERED that the Manhattan DA's motion to dismiss at Document 82 is GRANTED, as this Court lacks subject-matter jurisdiction over the federal claims (Counts V and VI), and pursuant to 28 U.S.C. § 1367(c)(3) I decline to exercise supplemental jurisdiction over the remaining state claims (Counts I, II, and III). Accordingly, the case is closed.

**Dated:**  New York, New York

     January 28, 2025

                                                  **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                            **BY:**        _____

                                                      **Deputy Clerk**